IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. GEOFFREY HOWARD AND<br>ZELLA HEMPHILL,<br><br>Plaintiffs,<br><br>v.<br><br>KBR, INC., and KELLOGG BROWN &<br>ROOT SERVICES, INC.,<br><br>Defendants. | Case No. 4:11-cv-04022 |

## ORDER

Pending before the Court are various motions related to page length, motions to seal, and motions for extensions. ECF Nos. 299; 310; 312; 316. For the reasons stated below, these motions are granted.

Defendants filed a Motion to Seal (ECF No. 312), seeking to seal a short exhibit that supports their Motion to Exclude the Testimony of Plaintiffs' Rebuttal Expert. The exhibit is the Defense Contract Audit Agency's Cross Leveling Report. The Defense Contract Audit Agency is part of the Department of Defense, and the parties are currently using it as an exhibit in support of a motion to exclude an expert. Accordingly, the Court agrees that given the nature of the document and the parties' current use of it, the privacy interests of the parties outweigh the public's interest in transparency. *See United States v. Sanford-Brown, Ltd.*, 788 F.3d 696, 712 (7th Cir. 2015) (citing *Baxter Int'l, Inc.*, 297 F.3d at 545-46 (7th Cir. 2002). The Court reminds the parties that it cannot simply "rubber stamp" agreements to seal parts of the record and that the parties' agreement alone is an insufficient reason to keep documents sealed. *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). The Court's decision to seal the document

at this time also does not necessarily mean that the document can remain sealed throughout the entire case if it is later used for a different purpose.

The parties have also filed a Consent Motion re Briefing (ECF No. 299), a Motion for Leave to File Excess Pages (ECF No. 310); and a Joint Motion Regarding Defendants' Reply Briefing (ECF No. 316). The Court agrees it is appropriate to grant these reasonable requests for good cause shown. The Court notes that Defendant's Motion for Hearing (ECF No. 295) remains pending. The Court will rule on that motion after briefing is complete.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion to Seal [312] is GRANTED and ECF No. 313 will remain sealed;

2. The Consent Motion re Briefing [299] is GRANTED;

3. The Motion for Leave to File Excess Pages [310] is GRANTED;

4. Joint Motion Regarding Defendants' Reply Briefing in Support of Summary Judgment and Briefing on Defendants' Motions to Exclude the Reports of Relators' Experts [316] is GRANTED;

5. Defendants shall file their Reply brief in support of summary judgment no later than October 27, 2022;

6. Relators are permitted to file an Opposition to Defendants' Motion to Exclude the Expert Report, Supplement to Rebuttal Expert Report, and Portions of the Rebuttal Report of Gary M. Gaukler, Ph.D. that exceeds the page limitation, specifically, no more than 30 pages;

7. Relators shall file their Opposition to each of Defendant's Daubert motions no later than October 31, 2022;

8. Defendants may file their replies in support of the various Daubert Motions no later than November 15, 2022.

ENTERED this 11th day of October, 2022.

                                                 /s/ Michael M. Mihm
                                                   Michael M. Mihm
                                         United States District Judge