IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GEOFFREY HOWARD AND ZELLA HEMPHILL,<br><br>Plaintiffs,<br><br>v.<br><br>KBR, INC., and KELLOGG BROWN & ROOT SERVICES, INC.,<br><br>Defendants. | Case No. 4:11-cv-04022-MMM-JEH |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for David W. Ogden, Ronald C. Machen, Matthew T. Jones is:

WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

Dated: February 2, 2023

/s/ David W. Ogden
David W. Ogden
Ronald C. Machen
Matthew T. Jones
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.ogden@wilmerhale.com
ronald.machen@wilmerhale.com

matt.jones@wilmerhale.com

Felicia H. Ellsworth
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Matthew C. Crowl
Amy C. Andrews
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St.
Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
mcrowl@rshc-law.com
aandrews@rshc-law.com

*Attorneys for Defendants KBR, Inc. and Kellogg Brown & Root Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2023, I caused the foregoing Notice to be served by email through the Court's Electronic Case Filing system upon all attorneys of record.

                    */s/ David W. Ogden*
                    David W. Ogden
                    WILMER CUTLER PICKERING HALE AND DORR LLP
                    2100 Pennsylvania Ave, NW
                    Washington, DC 20037
                    Telephone: (202) 663-6000
                    Facsimile: (202) 663-6363
                    david.ogden@wilmerhale.com