# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GEOFFREY HOWARD AND ZELLA HEMPHILL,<br><br>Plaintiffs,<br><br>v.<br><br>KBR, INC., and KELLOGG BROWN & ROOT SERVICES, INC.,<br><br>Defendants. | Case No. 4:11-cv-04022-MMM-JEH |

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS AND DEADLINES**

Relators Geoffrey Howard and Zella Hemphill ("Relators") and Defendants KBR, Inc. and Kellogg Brown & Root Services, Inc. ("Defendants") (and together, the "Parties") hereby jointly request the Court extend the stay of all proceedings and deadlines entered on January 3, 2023 in the above captioned matter for an additional 30 days. "The Court's discretion to extend the stay calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Four Mile Bay LLC v. Zimmer Biomet Holdings, Inc*., 2016 WL 10732393, at *1 (N.D. Ind. June 6, 2016) (internal citations and quotations omitted). Where, as here, the parties jointly request a stay, granting the stay will not prejudice either party and can conserve judicial resources. *Hill v. Med. Informatics Eng'g, Inc.*, 2015 WL 5667191, at *2 (N.D. Ind. Sept. 25, 2015).

In this case, the Court granted the parties' initial Joint Motion for Stay of Proceedings and Deadlines on January 3, 2023. *See* Text Only Order dated 1/3/2023. Since that date, and despite the parties' best efforts, scheduling constraints required the mediation to be reset to a date shortly after the Court's 90-day stay has ended. As such, the parties jointly request that the Court further

stay proceedings by an additional 30 days, in the interest of conserving judicial resources and because no party will be prejudiced by the requested extension.

Dated: February 7, 2023

| | |
|---|---|
| */s/ Matthew C. Crowl* | */s/ David J. Chizewer* |
| David W. Ogden<br>Ronald C. Machen<br>Matthew T. Jones<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>david.ogden@wilmerhale.com<br>ronald.machen@wilmerhale.com<br>matt.jones@wilmerhale.com | Eric R. Havian (Lead Attorney)<br>Leah L. Judge<br>CONSTANTINE CANNON LLP<br>150 California Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 766-3589<br>Facsimile: (415) 639-4002<br>ehavian@constantinecannon.com<br>ljudge@constantinecannon.com |
| Felicia H. Ellsworth<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>felicia.ellsworth@wilmerhale.com | Daniel Vitelli<br>CONSTANTINE CANNON LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Facsimile: (212) 350-2701<br>dvitelli@constantinecannon.com |
| Matthew C. Crowl<br>Amy C. Andrews<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 W. Madison St.<br>Suite 2900<br>Chicago, IL 60602<br>Telephone: (312) 471-8700<br>Facsimile: (312) 471-8701<br>mcrowl@rshc-law.com<br>aandrews@rshc-law.com | David J. Chizewer<br>Frederic R. Klein<br>William C. Meyers<br>W. Kyle Walther<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603-5792<br>Telephone: (312) 201-4000<br>Facsimile: (312) 332-2196<br>david.chizewer@goldbergkohn.com<br>frederic.klein@goldbergkohn.com<br>william.meyers@goldbergkohn.com<br>kyle.walther@goldbergkohn.com |
| *Attorneys for Defendants KBR, Inc. and Kellogg Brown & Root Services, Inc.* | Edward H. Arens<br>George Collins<br>PHILLIPS & COHEN LLP<br>100 The Embarcadero, Suite 300<br>San Francisco, CA 94105 |

Telephone: (415) 836-9000
Facsimile: (415) 836-9001
earens@pcsf.com
gcollins@pcsf.com

*Attorneys for Relators Geoffrey Howard and Zella Hemphill*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2023, I caused the foregoing motion to be served by email through the Court's Electronic Case Filing system upon all attorneys of record.

*/s/ Matthew C. Crowl*
Matthew C. Crowl
