IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GEOFFREY HOWARD AND ZELLA HEMPHILL, <br><br> Relators, <br><br> v. <br><br> KBR, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO.: 11-cv-4022- MMM JEH |

**JOINT STIPULATION OF DISMISSAL AND AGREED ORDER**

WHEREAS the United States of America and Relators Geoffrey Howard and Zella Hemphill have reached a settlement of certain allegations in Relators' Complaint with defendant KBR Services, LLC (previously Kellogg Brown & Root Services, Inc.) ("KBR Services") (the "Settlement Agreement");

WHEREAS the Settlement Agreement contains the terms and conditions of the agreement by and between the Parties; in the event of any inconsistency between this Order and the Settlement Agreement, the terms and conditions of the Settlement Agreement shall control;

WHEREAS Relators filed the Complaint in this matter against KBR Services and KBR, Inc., on March 24, 2011, pursuant to the *qui tam* provisions of the False Claims Act (FCA) 31 U.S.C. §§3729-3733.

WHEREAS the United States declined to intervene in this matter in October, 2014;

WHEREAS pursuant to 31 U.S.C. § 3730(b)(1) the United States consents to the dismissal of this matter in a manner consistent with the Settlement Agreement and the terms set forth below;

WHEREAS Relators stipulate that the Settlement Agreement is fair, adequate, and reasonable under all the circumstances under 31 U.S.C. § 3730(c)(2)(B);

WHEREAS the government has agreed to pay Relators a share of the proceeds of the settlement pursuant to 31 U.S.C. § 3730(d)(2), as described in the Settlement Agreement;

WHEREAS KBR Services has agreed to pay Relators their reasonable expenses, attorneys' fees and costs, pursuant to 31 U.S.C. § 3730(d)(2), as described in the Settlement Agreement;

WHEREAS the Parties have agreed to bear their own legal and other costs incurred in connection with this matter, except as provided under 31 U.S.C. §3730(d)(2), as described in the Settlement Agreement; and

WHEREAS there is no just reason for delay precluding entry of final judgment as to KBR Services and KBR, Inc.

**IT IS THEREFORE ORDERED** that:

1. The allegations in the Relators' Complaint are dismissed as follows:

   a. All allegations against all defendants are dismissed with prejudice as to Relators Geoffrey Howard and Zella Hemphill; and

   b. Allegations against Defendants KBR Services and KBR, Inc. are dismissed as to the United States consistent with the Settlement Agreement (Attachment A), with prejudice as to the "Covered Conduct," as that term is defined in the Settlement Agreement, and otherwise without prejudice.

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | GREGORY K. HARRIS<br>United States Attorney |
| | By: /s/ John D. Hoelzer |
| JAMIE A. YAVELBERG<br>MICHAL TINGLE<br>KELLEY HAUSER<br>Attorneys, Civil Division<br>United States Department of Justice<br>175 N Street, NE<br>Washington, D.C. 20002<br>Kelley.Hauser@usdoj.gov | John D. Hoelzer, IL Bar #6295098<br>Assistant United States Attorney<br>United States Attorney's Office<br>318 S. Sixth Street<br>Springfield, IL 62701<br>Telephone: 217-492-4450<br>John.Hoelzer@usdoj.gov |

*For the United States*


/s/ David W. Ogden
David W. Ogden
Ronald C. Machen
Matthew T. Jones
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.ogden@wilmerhale.com
ronald.machen@wilmerhale.com
matthew.jones@wilmerhale.com

Felicia H. Ellsworth
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Matthew C. Crowl
Amy C. Andrews
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St.
Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
mcrowl@rshc-law.com
aandrews@rshc-law.com

*Attorneys for Defendants KBR, Inc. and KBR Services, LLC*


/s/ David J. Chizewer
David J. Chizewer
Frederic R. Klein
William C. Meyers
W. Kyle Walther
GOLDBERG KOHN LTD.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 201-4000
Facsimile: (312) 332-2196
david.chizewer@goldbergkohn.com
frederic.klein@goldbergkohn.com
william.meyers@goldbergkohn.com
kyle.walther@goldbergkohn.com

Eric R. Havian (Lead Attorney)
CONSTANTINE CANNON LLP
150 California Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 766-3589
Facsimile: (415) 639-4002
ehavian@constantinecannon.com

Joel A. Chernov
Daniel Vitelli
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
jchernov@constantinecannon.com
dvitelli@constantinecannon.com

4

Edward H. Arens
George Collins
Stephen S. Hasegawa
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Telephone: (415) 836-9000
Facsimile: (415) 836-9001
earens@pcsf.com
gcollins@pcsf.com
shasegawa@pcsf.com

*Attorneys for Relators Geoffrey Howard and Zella Hemphill*

Dated:  July 11, 2023            BY THE COURT:

_____

Judge Michael M. Mihm

Dated:_____

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 11, 2023, he caused a copy of the **JOINT STIPULATION OF DISMISSAL AND AGREED ORDER** to be served via the Court's ECF/electronic mailing system upon all counsel of record.

/s/ David J. Chizewer